IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANNELL L. SIMMONS,<br><br>    Plaintiff,<br><br>vs.<br><br>EARL MAY SEED & NURSERY, L.C.,<br><br>    Defendant. | 4:16CV3007<br><br>**AMENDED PROGRESSION ORDER** |

IT IS ORDERED, the parties joint motion for extension of certain progression deadlines, (Filing No. 23) is granted.  The amended progression order is as follows:

1)    Written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure shall be completed on or before September 19, 2016.

2)    Motions to compel written discovery under Rules 33 through 36 shall be filed on or before September 28, 2016.

3)    Depositions shall be completed on or before November 9, 2016.

4)    Motions to exclude testimony on <u>Daubert</u> and related grounds shall be filed on or before November 16, 2016.

5)    Motions to dismiss and/or for summary judgment shall be filed on or before December 21, 2016.

6)    The jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in Courtroom 2, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on March 20, 2017, or as soon thereafter as the case may be

2

called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2)   The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on March 14, 2017 at 9:00 a.m., and will be conducted by WebEx conferencing. Conference instructions are located at Filing No. 14. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on March 10, 2017.

Dated this 9th day of August, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge