IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANNELL L. SIMMONS,<br><br>    Plaintiff,<br><br>vs.<br><br>EARL MAY SEED & NURSERY, L.C.,<br><br>    Defendant. | **4:16CV3007**<br><br>**JUDGMENT** |

Plaintiff's unopposed motion to dismiss (Filing No. 34) is granted. Accordingly, this action is dismissed with prejudice, and with each party to pay their own costs.

Dated this 24th day of February, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge